## SUSAN L. FERRIS *v.* WILLIAM J. CLARK
## (14312)

Foti, Heiman and Hennessy, Js.

Argued December 10, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WILLIE MENDEZ
## (15424)

Heiman, Spear and Hennessy, Js.

Argued December 9, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOHN W. SULLIVAN
## (15036)

O'Connell, Heiman and Freedman, Js.

Argued December 9, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.

## MARGARET LECLAIR ET AL. *v.* EMIL J. FRANKEL ET AL.
## (15330)

O'Connell, Schaller and Spear, Js.

Argued December 5, 1996—officially released January 7, 1997

Per Curiam. The judgment is affirmed.